```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-21-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

United States of America,

                                          **ORDER**
                                          23-CR-280 (ALC)

       -against-

**Bhaskarray Barot,**
-------------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the sentencing scheduled for September 7, 2023 is adjourned to **3:30 p.m.**

    SO ORDERED.

Dated: New York, New York
       August 21, 2023

                                                _____
                                                ANDREW L. CARTER, JR.
                                                UNITED STATES DISTRICT JUDGE